IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | | |
|---|---|---|
| ELIJAH COLEMAN, #250 079, | * | |
| | * | |
| Petitioner, | * | |
| | * | |
| v. | * | 2:07-CV-534-MHT |
| | * | (WO) |
| ARNOLD HOLT, SENIOR WARDEN, *et al.*, | * | |
| | * | |
| | * | |
| Respondents. | * | |

**ORDER**

On August 18, 2007, the Magistrate Judge filed a Recommendation [Doc. #16] in this case, to which no timely objections have been filed. Upon an independent review of this case and upon consideration of the Recommendation of the Magistrate Judge [Doc. #16], it is ORDERED that:

1. The Recommendation of the Magistrate Judge [Doc. #16] is ADOPTED.

2. The case is DISMISSED without prejudice, to afford Petitioner an opportunity to exhaust all available state court remedies.

DONE, this the 13th day of September, 2007.

                                      /s/ Myron H. Thompson
                              UNITED STATES DISTRICT JUDGE