IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | | |
|---|---|---|
| ELIJAH COLEMAN, #250 079 | * | |
| | * | |
| Petitioner, | * | |
| | * | |
| v. | * | 2:07-CV-534-MHT |
| | * | (WO) |
| ARNOLD HOLT, SENIOR WARDEN, | * | |
| *et al.*, | * | |
| | * | |
| Respondents. | * | |

**FINAL JUDGMENT**

In accordance with the order entered this date, it is ORDERED, ADJUDGED, and DECREED that this case be and is hereby DISMISSED with prejudice.

The Clerk of the Court is DIRECTED to enter this document on the civil docket as a final judgment pursuant to Rule 58 of the Federal Rules of Civil Procedure.

DONE, this the 13th day of September, 2007.

                                            /s/ Myron H. Thompson
                                          UNITED STATES DISTRICT JUDGE